**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| MICHAEL DEREK COMPTON, | ) Case No. 6:18-cv-01862-DCC |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MAR PIZZA, INC. and LAKE KEOWEE | ) |
| PIZZA, INC. d/b/a "DOMINO'S PIZZA," | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER REOPENING CASE, APPROVING SETTLEMENT AND**
**DISMISSING DEFENDANTS WITH PREJUDICE**

This matter is before the Court on the Joint Motion to Reopen and Joint Motion to Approve Settlement and Dismiss Defendants with Prejudice ("Motions"), filed by Plaintiff Michael Derek Compton ("Plaintiff") and Defendants Mar Pizza, Inc. and Lake Keowee Pizza, Inc. ("Defendants"), whereby the Parties seek to reopen this case, which was previously voluntarily dismissed by Plaintiff, for the purpose of obtaining the Court's approval of the settlement on the terms as set forth in the proposed Confidential Settlement Agreement and Release ("Settlement").

Having read and carefully considered the Motions and the Settlement, the Court hereby holds: (1) the Settlement reflects a reasonable compromise of a *bona fide* dispute with respect to liability under the FLSA; (2) the Settlement was negotiated at arms' length in an adversarial context in which both Parties were represented by competent, experienced counsel; and (3) the totality of the Settlement is fair and reasonable to both Parties. Accordingly, it is the judgment of the Court that the Motions are hereby **GRANTED** and Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**, as provided in the Settlement.

FPDOCS 34518459.2

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2018.

_____
THE HONORABLE DONALD C. COGGINS, JR.
UNITED STATES DISTRICT JUDGE

FPDOCS 34518459.2